FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0054

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 23-0054

THE MARY ELLEN DUKE TRUST, dated March 13, 1997, MILLARD COX, MINA COX, and TROUT CREEK RANCH,

                    Plaintiffs and Appellees,

   -v-

LEE LOU, LLC,

                    Defendant/Third-Party Plaintiff and Appellant.

   -v-

ROBERT A. ROEHDER, HARRIET P. LAVERAN, MINA PEABODY, and all other persons, unknown, claiming or who might claim any right, title, estate, or interest in, or lien or encumbrance upon the real property described in the Complaint adverse to Defendant/Counterclaimant/Third-Party Plaintiff's ownership, or any cloud upon their title, whether the claim or potential claim is present, contingent, inchoate or accrued.

                    Third-Party Defendants and Appellees.

---

## ORDER GRANTING EXTENSION OF TIME TO FILE
## APPELLEE'S OPENING BRIEF

---

Upon consideration of The Mary Ellen Duke Trust, dated March 13, 1997, Millard Cox, Mina Cox, and Trout Creek Ranch, Plaintiffs and Appellees Unopposed Motion for Extension of Time to File their Answer Brief in Response to Appellant's Opening Brief dated May 18, 2023, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to file and serve their Answer Brief in Response to Appellant's Opening Brief on appeal until at least 14 days after this Court rules upon the outstanding Motion to Dismiss, such date to be set in this Court's order regarding said Motion.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 19 2023